## Mary F. Howie et al., v. Village of Mount Prospect et al.

## Village of Mount Prospect, Appellant, v. Christian D. Busse et al., Appellees.

Gen. No. 41,213.

opinion filed November 4, 1940. Samuel Wodika, for appellant; Lawlor & Walsh, for certain appellees; Walter W. Weiss and John R. Ong, for certain other appellee; Edwin D. Lawlor and John R. Ong, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."